IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| SHANA DALY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No.: 3:14-cv-1029-J-32JRK |
| ST. ELIZABETH ANN SETON CATHOLIC | ) |
| SCHOOL, and BISHOP FELIPE ESTEVEZ, as | ) |
| bishop of the Diocese of St. Augustine, a | ) |
| corporate sole, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants jointly stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of Plaintiff's Complaint and Demand for Jury Trial against Defendants in the above-styled cause of action, in its entirety and with prejudice, with Plaintiff and Defendants to bear their own costs and attorneys' fees. Pursuant to Rule 3.08, Local Rules of the United States District Court for the Middle District of Florida, the parties have attached to this Stipulation a proposed order dismissing this case with prejudice.

Respectfully submitted this 19 day of November, 2014.

| | |
|---|---|
| MAGID & WILLIAMS | HOLLAND & KNIGHT LLP |
| | |
| /s/P. Daniel Williams | /s/Michael G. Prendergast |
| P. Daniel Williams | Michael G. Prendergast |
| Florida Bar No.: 0036625 | Florida Bar No.: 373311 |
| dan@magidwilliams.com | Michael.Prendergast@hklaw.com |
| Leonard S. Magid | Lindsay Dennis Swiger |
| Florida Bar No.: 0717101 | Florida Bar No.: 0045783 |
| len@magidwilliams.com | Lindsay.Swiger@hklaw.com |
| 3100 University Boulevard South, Suite 115 | 50 North Laura Street, Suite 3900 |
| Jacksonville, Florida 32216 | Jacksonville, Florida 32202 |
| Telephone: (904) 725-6161 | Telephone: (904) 353-2000 |
| Facsimile: (904) 725-3410 | Facsimile: (904) 358-1872 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |