UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SHANA DALY,

    Plaintiff,

v.                                                         Case No. 3:14-cv-1029-J-32JRK

ST. ELIZABETH ANN SETON
CATHOLIC SCHOOL and FELIPE
ESTEVEZ, as bishop of the Diocese of
St. Augustine,

    Defendants.

## **O R D E R**

Upon review of Joint Stipulation of Dismissal with Prejudice (Doc. 5), filed on November 19, 2014, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 24th day of November, 2014.

_____
TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies:

Counsel of Record